Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SANTA CLARA VLY. WTR. DIST.

Plaintiff(s),

v.

CH2M HILL, INC., ET AL.

Defendant(s).

Case No: 5:19-cv-08295

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Heather L. Heindel, an active member in good standing of the bar of Washington, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: CH2M Hill, Inc. in the above-entitled action. My local co-counsel in this case is Meredith Jones-McKeown, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 1201 3rd Ave, Suite 4900<br>Seattle, WA  98101 | 505 Howard Street, Suite 1000<br>San Francisco, CA  94105-3204 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (206) 359-6484 | (415) 344-7097 |
| My email address of record: | Local co-counsel's email address of record: |
| hheindel@perkinscoie.com | mjones-mckeown@perkinscoie.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 49480.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 01/09/20

Heather L. Heindel
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Heather L. Heindel is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 10, 2020

Susan van Keulen

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                      *October 2012*